UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 10cR 10394-WGY |
| v. | |
| | VIOLATIONS: |
| CALVIN DEDRICK | 18 U.S.C. § 922(g)(1) - Felon In Possession Of Firearm and Ammunition; |
| | 18 u.s.c. § 922(k) - Possession of a Firearm With an Obliterated Serial Number; |
| | 21 U.S.C. § 841(a)(1) - Possession With Intent To Distribute Controlled Substances; |
| | 18 U.S.C. § 924(c)(1)(A) - Possession of a Firearm In Furtherance Of A Drug Trafficking Crime |
| | Criminal Forfeiture |

## INDICTMENT

**COUNT ONE:**  (Title 18, United States Code § 922(g)(1) - Felon
In Possession Of A Firearm And Ammunition)

The Grand Jury charges that:

On or about September 22, 2010, at Boston, in the District

of Massachusetts,

### CALVIN DEDRICK,

defendant herein, having been convicted in a court of a crime

punishable by imprisonment for a term exceeding one year,

knowingly possessed a firearm, to wit: the frame of a Smith &

Wesson, model SW40VE, .40 caliber, semiautomatic pistol, having

an obliterated serial number, and various rounds of .40 caliber

ammunition, in and affecting commerce.

All in violation of Title 18, United States Code, Section
922(g)(1).

**COUNT TWO:**   (Title 18, United States Code § 922(k) - Possession
                  Of A Firearm With An Obliterated Serial Number)

The Grand Jury further charges that:

On or about September 22, 2010, at Boston, in the District
of Massachusetts,

**CALVIN DEDRICK,**

defendant herein, knowingly possessed a firearm, to wit: the

frame of a Smith & Wesson, model SW40VE, .40 caliber,

semiautomatic pistol, which had had the importer's and

manufacturer's serial number removed, obliterated, and altered

and had previously been shipped and transported in interstate and

foreign commerce.

All in violation of Title 18, United States Code, Section

922(k).

**COUNT THREE:** **(Title 21, United States Code, § 841(a)(1) -**
**Possession With Intent To Distribute Controlled**
**Substances)**

The Grand Jury further charges that:

On or about September 22, 2010, at Boston, in the District

of Massachusetts,

### CALVIN DEDRICK,

defendant herein, at or near the intersection of Park Street and

Washington Street, Dorchester, Massachusetts, knowingly and

intentionally possessed with intent to distribute cocaine, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section

841(a)(1).

**COUNT FOUR:**    **(Title 21, United States Code, § 841(a)(1) -**
**Possession With Intent To Distribute Controlled**
**Substances)**

The Grand Jury further charges that:

On or about September 22, 2010, at Boston, in the District
of Massachusetts,

### CALVIN DEDRICK,

defendant herein, at 9 Brinsley Street, Apartment 2, Dorchester,
Massachusetts, knowingly and intentionally possessed with intent
to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section
841(a)(1).

**COUNT FIVE:**     **(Title 18, United States Code, § 924(c)(1)(A)-**
                    **Possession Of A Firearm In Furtherance Of A Drug**
                    **Trafficking Crime)**

The Grand Jury further charges that:

On or about September 22, 2010, at Boston, in the District
of Massachusetts,

**CALVIN DEDRICK,**

defendant herein, knowingly and intentionally possessed in
furtherance of the drug trafficking crime charged Count Four, a
firearm, to wit: a Smith & Wesson, model SW40VE, .40 caliber,
semiautomatic pistol, having an obliterated serial number.

All in violation of Title 18, United States Code, Section
924(c)(1)(A).

**FIRST FORFEITURE ALLEGATION (FIREARMS)**: (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The Grand Jury further charges that:

1.  Upon conviction of one or more of the offenses alleged in Counts One, Two, and Five of this Indictment,

**CALVIN DEDRICK,**

defendant herein, shall forfeit to the United States all firearms and ammunition involved in the commission of the offense.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant –

> (a)  cannot be located upon the exercise of due diligence;
>
> (b)  has been transferred or sold to, or deposited with, a third party;
>
> (c)  has been placed beyond the jurisdiction of the Court;
>
> (d)  has been substantially diminished in value; or
>
> (e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**SECOND FORFEITURE ALLEGATION (DRUGS)**: (21 U.S.C. § 853)

The Grand Jury further charges that:

1. Upon conviction of one or more of the offenses alleged in Counts Three and Four of this Indictment,

### CALVIN DEDRICK,

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendant,

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the Court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21 United States Code, Section 853.

**A TRUE BILL**

FOREPERSON OF THE GRAND JURY

ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS;   November 16, 2010

Returned into the District Court by Grand Jurors and filed.

3:54 pm

DEPUTY CLERK