JS 45 (5/97) - (Revised USAO MA 11/15/05)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ________ **Category No.** II **Investigating Agency** ATF

**City** Boston **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. ________ Case No. 10CR 10394-WGY
Same Defendant ________ New Defendant ________
Magistrate Judge Case Number ________
Search Warrant Case Number ________
R 20/R 40 from District of ________

**Defendant Information:**

Defendant Name Calvin Dedrick Juvenile ☐ Yes ☒ No

Alias Name ________

Address 9 Brinsley Street, #2, Dorchester, MA

Birth date (Year only): 1969 SSN (last 4 #): 4790 Sex M Race: Black Nationality: U.S.

**Defense Counsel if known:** ________ **Address:** ________

**Bar Number:** ________

**U.S. Attorney Information:**

**AUSA** Robert E. Richardson **Bar Number if applicable** ________

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ________

**Victims:** ☐ Yes ☒ No **If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)** ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** September 22, 2010

☐ **Already in Federal Custody as** ________ **in** ________.
☒ **Already in State Custody** Suffolk HOC ☐ **Serving Sentence** ☒ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ________ **on** ________

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ________ ☐ **Misdemeanor** ________ ☐ **Felony** 5

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 11/16/10 **Signature of AUSA:** [signature]

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** ______

**Name of Defendant** Calvin Dedrick

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in possession of firearms and ammunition | 1 |
| Set 2 | 18 U.S.C. § 922(k) | Possession of firearm with oblit. serial number | 2 |
| Set 3 | 21 U.S.C. § 841(a)(1) | Possession of cocaine with intent to distribute | 3, 4 |
| Set 4 | 18 U.S.C. § 924(c) | Poss. of firearm in furtherance of drug trafficking | 5 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**