UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Cr. No. 10-10394-WGY |
| | ) |
| **CALVIN DEDRICK** | ) |

**INFORMATION**

**COUNT ONE:**   (Title 21, United States Code, Section 851 –- Notice of Prior Conviction)

In supplementation of the Information filed on November 16, 2011, the United States Attorney further charges that:

1.   On or about September 24, 1998, Calvin Dedrick was convicted in the Suffolk County Superior Court of distributing a Class B controlled substance, in violation of M.G.L. ch. 94C § 32A.  See Commonwealth v. Calvin Dedrick, Indictment No. 9612088001.

2.   Calvin Dedrick has been named as a defendant in an Indictment in the United States District Court for the District of Massachusetts charging him with, inter alia, two counts of possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1).  See United States v. Calvin Dedrick, Cr. No. 10-10394-WGY.

3.   By way of this information, the government notifies Calvin Dedrick that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1 above.

1

All in keeping with Title 21, United States Code, Section 851(a)(1).

>Respectfully submitted,
>
>CARMEN M. ORTIZ
>United States Attorney
>
>/s/Robert E. Richardson
>ROBERT E. RICHARDSON
>Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 28, 2012.

>/s/Robert E. Richardson
>ROBERT E. RICHARDSON
>Assistant U.S. Attorney