4:45 PM
4/18/12

```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>CALVIN DEDRICK　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　)<br>　　　　　　　　　　　　　　　) | CRIMINAL ACTION<br>NO. 10-10394-WGY |

<u>JURY VERDICT</u>

　　With respect to items found at 9 Brinsley Street, we find Calvin Dedrick, on the charge of

　　1.　Possession of cocaine with intent to distribute:

　　　　_____ not guilty

　　　　__✓__ guilty

　　2.　Being a prohibited person in possession of a firearm or ammunition:

　　　　_____ not guilty

　　　　__✓__ guilty

　　3.　Possession of a firearm with an obliterated serial number:

　　　　_____ not guilty

　　　　__✓__ guilty

4. Possession of a firearm in furtherance of drug trafficking:

_____ not guilty

___✓___ guilty

With respect to items found in the police cruiser, we find Calvin Dedrick, on the charge of

5. Possession of cocaine with intent to distribute:

_____ not guilty

___X___ guilty

_____
Forelady

Date: 4/18/12