UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: 10cr 10394-WGY |
| v. ) | |
| ) | VIOLATIONS: |
| ) | |
| CALVIN DEDRICK ) | 18 U.S.C. § 922(q)(2)(A) - |
| ) | Possession of a Firearm in a |
| ) | School Zone |
| ) | 18 U.S.C. § 922(k) - |
| ) | Possession of a Firearm |
| ) | With an Obliterated |
| ) | Serial Number |

## SUPERSEDING INFORMATION

**COUNT ONE:** (Title 18, United States Code § 922(q)(2)(A) –
Possession of a Firearm in a School Zone)

The United States Attorney charges that:

In or about September 2010, at Boston, in the District of Massachusetts,

**CALVIN DEDRICK,**

defendant herein, did knowingly possess at a place that defendant knew, and had reasonable cause to believe, was a school zone, a firearm, to wit, a Smith & Wesson, model SW40VE, .40 caliber, semiautomatic pistol, having an obliterated serial number, which firearm had moved in and had otherwise affected interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(q)(2)(A).

**COUNT TWO:** (Title 18, United States Code § 922(k) - Possession of a Firearm with an Obliterated Serial Number)

The United States Attorney further charges that:

On or about September 22, 2010, at Boston, in the District of Massachusetts,

**CALVIN DEDRICK,**

defendant herein, knowingly possessed a firearm, to wit: a Smith & Wesson, model SW40VE, .40 caliber, semiautomatic pistol, which had had the importer's and manufacturer's serial number removed, obliterated, and altered and had previously been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(k).

## **FORFEITURE ALLEGATION**: (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The United States Attorney further charges that:

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Superseding Information,

### CALVIN DEDRICK,

defendant herein, shall forfeit to the United States all firearms involved in the commission of the offense.

2. If any of the property described in paragraph 1, above,

as a result of any act or omission of the defendant –

 (a) cannot be located upon the exercise of due diligence;

 (b) has been transferred or sold to, or deposited with, a third party;

 (c) has been placed beyond the jurisdiction of the Court;

 (d) has been substantially diminished in value; or

 (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

CARMEN M. ORTIZ

By: _____
KENNETH G. SHINE
Assistant U.S. Attorney